ORIGINAL
b & F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALFREDA WASHINGTON,

                Plaintiff,

-against-

COLUMBUS WASHBOARD COMPANY,    **MEMORANDUM AND ORDER**
FLATBUSH HARDWARE    Case No. 10-CV-3244 (FB) (CLP)
CORPORATION, PAUL NATION and
CHRISTOPHER NATION,

                Defendants.
------------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                              *For Defendant Columbus Washboard Co.:*
CRYSTAL J. BURDEN, ESQ.            JOSEPH E. DONAT, ESQ.
26 Court Street, Suite 2702             ARLENE E. LEWIS, ESQ.
Brooklyn, NY 11242                        SHARON SCHWEIDEL, ESQ.
                                                    Herzfeld & Rubin, P.C.
                                                    125 Broad Street
                                                    New York, NY 10004

                                                    *For Defendants Flatbush Hardware Corp.,*
                                                      *Paul Nation & Christopher Nation:*
                                                      NEIL SZNITKEN, ESQ.
                                                      Silberzweig & Sznitken, Esqs.
                                                      267 Flatbush Avenue
                                                      Brooklyn, NY 11217

**BLOCK, Senior District Judge:**

        On December 20, 2010, Magistrate Judge Pollak issued a Report and Recommendation ("R&R") recommending that plaintiff's motion to withdraw her claims against the nondiverse defendants be granted. The R&R recited that "[a]ny objections to this Report and Recommendation must be filed with the Clerk of the Court . . . within fourteen (14) days of receipt," and that "[f]ailure to file objections within the specified time

waives the right to appeal the District Court's order." R&R at 3-4. To date, no objections have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object, however, and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

The R&R contains no error, let alone plain error. *See* 8 *Moore's Federal Practice* § 41.21[4] (3d ed. 2010) ("[A] dispensable nondiverse party may be dismissed to preserve the court's diversity jurisidiction."). Accordingly, the Court adopts the R&R without *de novo* review. Per the magistrate judge's directive, plaintiff shall file and serve an amended complaint omitting the nondiverse defendants by February 11, 2011.

**SO ORDERED.**

s/ Judge Frederic Block

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
February 1, 2011

2